UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JORGE LUIS HERNANDEZ, | ) | CV NO. 10-6879-SVW(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. GROUNDS, Warden, | ) | |
| Respondent. | ) | |

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: August 4, 2011

_____
Stephen V. Wilson
United States District Judge